80 A.3d 371

IN THE MATTER OF DOUGLAS J. DEL TUFO, AN ATTORNEY
AT LAW (ATTORNEY NO. 002281997).

December 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–063, concluding that **DOUGLAS J. DEL TUFO** of **MATAWAN**, who was admitted to the bar of this State in 1997, should be suspended from the practice of law for three months for violating *RPC* 1.5(a) and (b) (unreasonable fee and failure to communicate the basis or rate of the fee in writing), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **DOUGLAS J. DEL TUFO** is suspended from the practice of law for a period of three months suspension and until the further Order of the Court, effective January 3, 2014; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.